IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 23-cv-01573-RMR-NRN

PAUL BARCLAY,
    Plaintiff,

v.

INTEGRATED CONTROL TECHNOLOGY (USA) LLC,
    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Magistrate Judge's Recommendation entered by Judge Regina M. Rodriguez on April 30, 2024 [ECF No. 65], it is

ORDERED that the Recommendation, [ECF 64], is ACCEPTED and ADOPTED. It is

FURTHER ORDERED that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, [ECF 29] is GRANTED. It is

FURTHER ORDERED that Plaintiff's claims are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that judgment is entered in favor of the Defendant and against the Plaintiff.

This case will be closed.

    Dated at Denver, Colorado this 30th day of April, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/K. Myhaver
      K. Myhaver
      Deputy Clerk